

**DENIED**

It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

**Mark Gonzales**
**District Court Magistrate**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| COUNTY COURT, WELD COUNTY, COLORADO<br>901 9th Avenue<br>Greeley, CO 80631<br>970-351-7300 | EFILED Document – County Court<br>2009C6673<br>CO Weld County-County Court 19th JD<br>Filing Date: Jun 17 2010 11:36AM MDT<br>Filing ID: 31693603 |
| Plaintiff: RV AMERICA, INC.<br><br>Defendant: JAMES R. HEFFLIN | |
| | ▲ COURT USE ONLY ▲ |
| Attorney for Defendant:<br>Sean T. Amann # 38922<br>Amann & Bruntz, LLC<br>18425 Pony Express Drive, Suite 111C<br>Parker, CO 80134<br>720-350-4275<br>sean.amann@amannbruntzlaw.com | Case Number: 09C6673<br><br>Division: |

**ORDER RE: DEFENDANT'S MOTION FOR CONTINUANCE**

THIS MATTER COMES BEFORE THE COURT on Defendant's Motion for Continuance.

The Court, having reviewed the motion and the file, and being otherwise fully apprised, GRANTS the Defendant's Motion for Continuance of 30 days.

Entered on _____, 2010.

BY THE COURT:

_____
District Court Judge/Magistrate

This document constitutes a ruling of the court and should be treated as such.

**Court Authorizer**
**Comments:**

Defendant fails to present good cause as to why their witnesses were not cleared for trial since April 16th, 2010 when the parties set this trial. While there may be good cause for the witnesses unavailability, none were disclosed in the Motion. The court will not speculate to those reasons or when either the witnesses or Plaintiff received notice of the unavailability. The matter is set for trial and the court will not continue baed upon the facts stated in the motion. It is denied. Case continues to trial.