

| GRANTED | It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action. | *M Meyer* |
| --- | --- | --- |

**Michele Meyer**
**County Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

COUNTY COURT, WELD COUNTY, COLORADO

Court Address:    901 9th Ave
                      Greeley CO 80631
                      Telephone:  (970) 351-7300

R.V. AMERICA, INC. a Colorado Corporation

            Plaintiff,

v.

JAMES R. HEFFLIN, an individual

            Defendant

EFILED Document – County Court
2009C6673
CO Weld County-County Court 19th JD
Filing Date: Oct 7 2010 10:37AM MDT
Filing ID: 33684118

⬆COURT USE ONLY ⬆

Case Number:  2009C6673

Division D

## ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF INTERROGATORIES

      This matter comes before the Court on Plaintiff's Motion for Issuance of Interrogatories, and the Court being duly advised in the matter,

      HEREBY GRANTS Plaintiff's Motion for Issuance of Interrogatories, and further ORDERS that Defendant James R. Hefflin complete and return the Interrogatories within ten days of service pursuant to Rule 369(d).

      Dated this ____ day of _____ 2010.


_____
County Court Judge

**EVENT COMMENTS**
7/26/10 10:04 AM
Combined Court, Weld County

Case #: 2009C 006673        Div/Room:        Type: Money

**R.V. AMERICA, INC et al vs. HEFFLIN, JAMES R.**

Status:            CLSD

---

Record Type: EVT              Minute Order (print)
Judge Initials: RJD           Clerk Initials: LAK        Reporter Initials:

---

FTR 9:25:25/10:41:49  FTR STOP TIME:  12:00
COMES ON FOR COURT TRIAL
PLTF APPEARS WITH ATTY LESLIE MILLER; DEF APPEARS W/ATTY SEAN AMANN
9:26:34: PLTF GIVES OPENING STATEMENT
9:29:11: DEFENSE GIVES OPENING STATMENT
WITNESSES SWORN AND TESTIFY ON BEHALF OF PLTF:  9:29;56; DANNY BROOKS;
9:57:52 JARED DOOLEY; 10:21:57 JAMES HEFFLIN; 10:27:08 HARI SACHANANDANI
PLTF EXHIBIT 4; 1; 2; 3 OFFERED/RECEIVED
10:31:36 PTF RESTS
WITNESSES SWORN AND TESTIFY ON BEHALF OF DEF: 10:42:27 JAMES HEFFLIN;
11:22:04 PATTI HEFFLIN;
DEF'S EXHIBITS OFFERED BUT NONE WERE ENTERED
11:26:18 DEFENSE RESTS
11:26:42 PLTF GIVES CLOSING;
11:29:47 DEF GIVES CLOSING
JUDGMENT ENTERS IN FAVOR OF PLTF AND AGAINST DEF
EACH SIDE RESPONSIBLE FOR THEIR OWN ATTY FEES
EACH SIDE HAS 15 DAYS TO APPEAL TO HIGH COURT

                                                        /LAK