| | |
|---|---|
| Weld County Court, State of Colorado<br>Court Address: 915 10th Street<br>Greeley, CO 80631<br>(970) 351-7300 | |
| Plaintiff: R.V. AMERICA, INC, a Colorado Corporation | EFILED Document – County Court<br>2009C6673<br>CO Weld County-County Court 19th JD<br>Filing Date: Jan 12 2010 8:35AM MST<br>Case Number: 09C6675<br>Filing ID: 28965621 |
| Defendant: JAMES R HEFFLIN, an individual | Div.:C  Ctrm: D |
| **ORDER FOR PRETRIAL CONFERENCE AND EXCHANGE OF DISCLOSURE STATEMENT** | |

It is hereby ORDERED that, pursuant to C.R.C.P, 3 16(b), the above-captioned case is set for a pre-trial conference in the Weld County Court Division D on April 16, 2010 at 10:30 am. for 30 minutes.

No continuances of the pre-trial conference will be granted except upon written motion and for good cause shown.

If a settlement is reached in advance of the pre-trial conference, a written stipulation, signed by all parties, must be filed before a court date will he vacated; if insufficient time exists to submit a written stipulation, the parties must appear and enter their settlement on the record, filing the written stipulation within 5 business days from the date of the pre-trial conference.

Appearances in person are mandatory. Appearances by telephone are not authorized except in cases involving out-of-state counsel or parties, in which case the party must comply with C.R.C.P, 343(h).

It is further ORDERED that each party shall file with the Court and mail to the opposing party/counsel, at least twenty days before the pre-tr al conference a FORM 9 DISCLOSURE STATEMENT, a blank copy of which is attached hereto.

**FAILURE TO APPEAR WILL RESULT IN DEFAULT OR DISMISSAL. FAILURE TO FILE AND EXCHANGE THE DISCLOSURE STATEMENT MAY RESULT IN APPROPRIATE SANCTIONS BEING IMPOSED.**

Done and signed this Tuesday, January 12, 2010.

BY THE COURT:

Mark C. Gonzales
Magistrate

This document was filed pursuant to C.R.C.P. 121, § 1-26. A printable version of the electronically signed document is available in the Court's electronic file.

## CERTIFICATE OF DELIVERY OR MAILING

I certify that I have on this date I have e-filed the above **ORDER** through LexisNexis/or mailed a copy by placing a copy thereof in the U.S. Mails, postage prepaid, and properly addressed to the following:

DATED: January 12, 2010



Joy L. Wagoner
Court Judicial Assistant

*This document was filed pursuant to C.R.C.P. 121, § 1-26. A printable version of the electronically signed document is available in the Court's electronic file.*

Atty Kendrick           Atty Amann
Atty Koons