**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-00230-LTB-BNB

R. V. AMERICA, INC.,

    Plaintiff,

v.

JAMES R. HEFFLIN,

    Defendant.
_____

**ORDER**
_____

    This case is before the Court on the Court's Order to Show Cause directing Defendant to show cause if any he has on or before February 16, 2011, why this action should not be summarily remanded to the Colorado State County Court from which it was removed (Doc 7). Defendant filed his response to the show cause order on February 16, 2011 (Doc 8). Plaintiff filed its reply to the show cause order on February 25, 2011 (Doc 10) which I consider a reply to the Defendant's response.

    I also note that the Defendant has filed his Motion for Default Judgment as to the Plaintiff's counsel, Hall & Evans LLC, their subordinate employee Jeanne C. Baak, and Hari Sach, D.B.A. as RV America, by Defendant James R. Hefflin (Doc 11).

    My review of the file and record in this case leads me to conclude that the Plaintiff's Complaint is simply one for breach of contract, a collection matter originally filed in the Colorado State County Court. It presents no federal question that would attach jurisdiction

in this Court. No diversity of jurisdiction exists. The Defendant's allegations are properly raised in the pending Colorado State County Court action. Having concluded that jurisdiction is lacking

IT IS ORDERED that the above action be REMANDED to the Colorado State Court from which it was removed.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   February 28, 2011